# United States Court of Appeals

### For the Eighth Circuit

_____

No. 16-2145
_____

Charles Swift

*Plaintiff - Appellant*

v.

Walmart

*Defendant - Appellee*
_____

Appeal from United States District Court
for the District of Nebraska - Omaha
_____

Submitted: October 3, 2016
Filed: October 6, 2016
[Unpublished]
_____

Before LOKEN, BOWMAN, and MURPHY, Circuit Judges.
_____

PER CURIAM.

Charles Swift appeals the district court's[1] preservice dismissal without prejudice of his pro se diversity complaint. The court dismissed the complaint after

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

Swift failed to comply with the court's order to provide evidence of damages sufficient to invoke diversity jurisdiction.  Having carefully considered the record, and given the without-prejudice nature of the dismissal, we conclude the district court did not abuse its discretion in dismissing without prejudice.

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____